IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE FELICIANO, individually, and as the p/n/g of J.C., a minor,<br><br>Plaintiffs,<br><br>-against-<br><br>MARSHALLS OF MA, INC., THE TJX COMPANIES, INC., JANE DOE, and JOHN DOE,<br><br>Defendants. | Case No:<br>1:23-cv-07294 |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that LOBRUTTO LAW, P.C. (Giuseppe LoBrutto, Esq., appearing) hereby enters an appearance as permanent counsel of record on behalf of Plaintiffs CATHERINE FELICIANO, individually, and as the p/n/g of J.C., a minor, and requests that all pleadings, motions, notices, correspondence, orders and other filings regarding this case be served on Giuseppe LoBrutto, Esq., at the below address.

Dated: September 30, 2023

Respectfully submitted,

By: */s/ Giuseppe LoBrutto*
Giuseppe LoBrutto (NY Reg. No. 5746284)
**LOBRUTTO LAW, P.C.**
*Attorneys for Plaintiffs*
43 W 43 Street, Suite 273
New York, NY 10036
Tel: (212) 859-5086
Email: joe@lobruttolaw.com